Opinion filed January 5, 2007















 
 
  
 
 







 
 
  
 
 




Opinion filed January 5, 2007

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00299-CR 

                                                    __________

 

                           LARONNIE
EUGENE WHITNEY, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                        On
Appeal from the 142nd District Court

                                                         Midland
 County, Texas

                                                 Trial Court Cause No. CR29918

 



 

                                                                   O
P I N I O N

Laronnie Eugene
Whitney has filed in this court a motion to dismiss his appeal.  The motion is signed by both appellant and
his attorney.  The motion is granted.

The
appeal is dismissed.

 

January 5, 2007                                                                        PER
CURIAM

Do not publish.  See Tex.
R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J., 

McCall, J., and Strange, J.